UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| Melissa Cepero<br><br>　　　Plaintiff,<br><br>v.<br><br>Harrison Ross Byck, Esq., P.C.<br><br>　　　Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff is a natural person who resided in Miami, Florida at all times relevant to this action.

2. Defendant is a Pennsylvania professional corporation that maintained its principal place of business in Morrisville, Pennsylvania at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, Defendant engaged in the business of consumer debt collection.

6. Defendant regularly uses the telephone and mail to collect consumer debts that Defendant either purchased or had been hired to collect.

7. The principal source of Defendant's revenue is debt collection.

8. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described below, Defendant contacted Plaintiff about an obligation allegedly owed to Bank of America, which had been incurred for personal rather than commercial purposes.

10. This obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3) because Defendant has alleged that Plaintiff owes the debt.

12. Between August and November 2010, Defendant telephoned Plaintiff at Plaintiff's place of employment in connection with the collection of the debt on numerous occasions.

13. During at least two of these communications, Plaintiff notified Defendant that Plaintiff was not permitted to receive Defendant's telephone calls at her place of employment and that such calls were inconvenient for her, but Defendant ignored these notices and continued to telephone Plaintiff's place of employment to collect the debt thereafter.

14. During several of these communications, Defendant failed to identify itself as a debt collector.

15. Defendant caused Plaintiff emotional distress.

16. Defendant violated the FDCPA.

## COUNT ONE

**Violation of the Fair Debt Collection Practices Act**

17. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at a time or place known to be inconvenient for Plaintiff.

18. In support hereof, Plaintiff incorporates paragraphs 12-14 as if specifically stated herein.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

19. Defendant violated 15 U.S.C. §1692c(a)(3) by calling Plaintiff at Plaintiff's place of employment after Defendant knew or had reason to know that such calls were prohibited by Plaintiff's employer.

20. In support hereof, Plaintiff incorporates paragraphs 12-14 as if specifically stated herein.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

21. Defendant violated 15 U.S.C. §1692e(11) by failing to disclose that Defendant's communications came from a debt collector.

22. In support hereof, Plaintiff incorporates paragraphs 12-14 as if specifically stated herein.

## JURY DEMAND

23. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

24. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

          RESPECTFULLY SUBMITTED,

          Legal Helpers, P.C.

By: /s/ Adela D. Estopinan
    Adela D. Estopinan
    Bar # 25939
    701 SW 27th Avenue, #1209
    Miami, FL 33135
    Telephone: 866-339-1156
    Email: ade@legalhelpers.com
    Attorneys for Plaintiff