## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| Melissa Cepero | Case No. 1:11-cv-20333-JAL |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Harrison Ross Byck, Esq., P.C. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Adela D. Estopinan
     Adela D. Estopinan
     Bar # 25939
     701 SW 27th Avenue, #1209
     Miami, FL 33135
     Telephone:  866-339-1156
     Email:  ade@legalhelpers.com
     Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2011, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Harrison Ross Byck, Esq., P.C.
Bucks County Office Center
1276 Veterans Highway, Suite E-1
Bristol, PA 19007

/s/ Adela D. Estopinan